UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 07-CR-166

    v.

DAVID D. KOEPP,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE**

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment, defendant David D. Koepp agrees to the forfeiture of his interest in the properties named in the forfeiture provision of the Indictment filed on June 27, 2007;

**IT IS HEREBY ORDERED** that any right, title and interest of the defendant in the properties described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

    1.    One Apple Power Mac 64 computer, serial number XA0290GBJ3B;

    2.    One Compaq Presario V5000 computer, serial number CND63431MT; and

    3.    Multiple compact disks.

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this __1st__ day of November, 2007.

    s/ William C. Griesbach
    HONORABLE WILLIAM C. GRIESBACH
    United States District Judge